**SHA-1 Hash:** DAC6745AF67ECC0F2333EF8729C380681E637407   **Title:** Dangerous Game
**Rights Owner:** Malibu Media, LLC

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.0.103.102 | 10/28/2012 00:33:08 | Clark | NJ | Comcast Cable | BitTorrent |
| 2 | 24.0.183.128 | 10/25/2012 05:25:15 | New Egypt | NJ | Comcast Cable | BitTorrent |
| 3 | 68.37.194.11 | 11/10/2012 04:42:10 | Cherry Hill | NJ | Comcast Cable | BitTorrent |
| 4 | 68.39.197.213 | 10/14/2012 19:26:45 | Colonia | NJ | Comcast Cable | BitTorrent |
| 5 | 68.39.43.69 | 11/06/2012 06:31:23 | Ocean View | NJ | Comcast Cable | BitTorrent |
| 6 | 68.39.75.170 | 10/13/2012 16:59:44 | Mount Royal | NJ | Comcast Cable | BitTorrent |
| 7 | 68.44.34.83 | 10/21/2012 15:24:00 | Merchantville | NJ | Comcast Cable | BitTorrent |
| 8 | 68.45.153.154 | 10/13/2012 03:50:24 | Jersey City | NJ | Comcast Cable | BitTorrent |
| 9 | 69.248.146.244 | 10/09/2012 04:38:24 | Toms River | NJ | Comcast Cable | BitTorrent |
| 10 | 69.248.210.37 | 10/11/2012 17:44:40 | Egg Harbor Township | NJ | Comcast Cable | BitTorrent |
| 11 | 69.248.4.114 | 11/09/2012 05:45:12 | Secaucus | NJ | Comcast Cable | BitTorrent |
| 12 | 71.226.230.48 | 11/06/2012 19:36:37 | Paulsboro | NJ | Comcast Cable | BitTorrent |
| 13 | 76.116.228.4 | 10/15/2012 06:07:52 | Manchester Township | NJ | Comcast Cable | BitTorrent |
| 14 | 76.117.150.59 | 10/29/2012 07:26:21 | Union | NJ | Comcast Cable | BitTorrent |
| 15 | 76.117.40.16 | 10/10/2012 | Willingboro | NJ | Comcast Cable | BitTorrent |

EXHIBIT A

CNJ37

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
|  |  | 23:31:01 |  |  |  |  |
| 16 | 76.98.223.195 | 10/31/2012 04:25:04 | Vineland | NJ | Comcast Cable | BitTorrent |
| 17 | 98.221.124.34 | 10/18/2012 20:16:27 | Hillsborough | NJ | Comcast Cable | BitTorrent |
| 18 | 98.221.127.230 | 10/14/2012 17:08:06 | Hillsborough | NJ | Comcast Cable | BitTorrent |

EXHIBIT A

CNJ37