### Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/28/2012 00:33:08 |
| Flexible Beauty | 10/19/2012 | 10/26/2012 | 10/28/2012 00:26:39 |
| Morning Tryst | 07/24/2012 | 07/25/2012 | 10/28/2012 17:09:39 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 10/28/2012 00:40:07 |
| Young Passion | 10/17/2012 | 10/26/2012 | 10/26/2012 14:16:16 |

**Total Statutory Copyright Infringements for Doe #1: 5**

### Doe #2

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| A Day to Remember | 10/22/2012 | 10/26/2012 | 10/25/2012 14:55:31 |
| Backstage | 07/17/2012 | 07/18/2012 | 08/05/2012 04:02:44 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/25/2012 05:25:15 |
| Pure Passion | 06/03/2011 | 03/10/2012 | 10/26/2012 10:57:59 |
| Romantic Memories | 05/16/2012 | 05/16/2012 | 08/05/2012 04:59:20 |
| Threes Company | 08/17/2012 | 08/15/2012 | 10/25/2012 14:37:19 |
| Wet Dream | 07/20/2012 | 07/20/2012 | 08/05/2012 03:57:09 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 07/02/2012 22:22:10 |

**Total Statutory Copyright Infringements for Doe #2: 8**

### Doe #3

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Angel Seaside Romp | 01/04/2012 | 01/06/2012 | 01/24/2012 04:32:10 |
| Anneli Dream Girl | 12/19/2011 | 01/04/2012 | 01/24/2012 05:00:32 |
| Casual Sex | 10/31/2012 | 11/07/2012 | 11/09/2012 22:20:10 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 11/10/2012 04:42:10 |
| Still With Me | 11/02/2012 | 11/07/2012 | 11/10/2012 04:57:50 |
| Veronica Wet Orgasm | 10/05/2011 | 11/23/2011 | 01/24/2012 04:49:39 |
| Young Passion | 10/17/2012 | 10/26/2012 | 11/10/2012 04:55:16 |

**Total Statutory Copyright Infringements for Doe #3: 7**

EXHIBIT B

CNJ37

Doe #4

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 10/14/2012 19:56:37 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/14/2012 19:26:45 |
| Romantic Memories | 05/16/2012 | 05/16/2012 | 05/20/2012 23:39:26 |
| The Ultimate Blowjob | 04/22/2011 | 02/21/2012 | 10/29/2012 18:48:03 |

**Total Statutory Copyright Infringements for Doe #4: 4**

Doe #5

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Backstage | 07/17/2012 | 07/18/2012 | 07/31/2012 20:36:13 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 11/06/2012 06:31:23 |
| Daydream | 10/15/2012 | 10/15/2012 | 10/17/2012 05:56:13 |
| Perfect Together | 08/29/2012 | 09/19/2012 | 10/05/2012 06:41:36 |
| Private Time | 07/31/2012 | 08/21/2012 | 08/27/2012 05:19:53 |
| Pure Grace | 07/11/2012 | 07/12/2012 | 07/31/2012 20:39:25 |
| Red Hot | 10/12/2012 | 10/14/2012 | 10/16/2012 04:47:14 |
| Starting Over | 08/27/2012 | 09/10/2012 | 08/27/2012 05:20:03 |
| Strawberry Blonde | 06/22/2012 | 06/25/2012 | 08/01/2012 03:43:11 |
| Sunday Afternoon | 07/06/2012 | 07/11/2012 | 07/31/2012 20:43:11 |
| This Side of Paradise | 08/19/2012 | 08/21/2012 | 08/27/2012 05:16:34 |
| Three for the Show | 09/24/2012 | 09/28/2012 | 10/05/2012 06:35:05 |
| Yoga in the Sky | 06/27/2012 | 06/29/2012 | 07/31/2012 20:39:22 |

**Total Statutory Copyright Infringements for Doe #5: 13**

EXHIBIT B

CNJ37

Doe #6

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Backstage | 07/17/2012 | 07/18/2012 | 07/24/2012 18:07:49 |
| Being Me | 08/15/2012 | 08/21/2012 | 08/24/2012 11:27:08 |
| Casual Affair | 08/01/2012 | 08/05/2012 | 08/06/2012 15:03:09 |
| Close to the Edge | 08/06/2012 | 08/07/2012 | 08/24/2012 23:15:16 |
| Come To My Window | 07/27/2012 | 07/31/2012 | 08/06/2012 15:03:29 |
| Coucher Avec une Autre Fille | 08/13/2012 | 08/14/2012 | 08/24/2012 20:36:38 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/13/2012 16:59:44 |
| Dream Come True | 07/13/2012 | 07/20/2012 | 07/24/2012 18:17:38 |
| Farewell | 08/03/2012 | 08/07/2012 | 08/24/2012 22:44:27 |
| First Love | 09/05/2012 | 09/25/2012 | 09/15/2012 19:34:16 |
| Grace Angelic | 07/09/2012 | 07/11/2012 | 07/24/2012 18:35:31 |
| Inspiration | 08/10/2012 | 08/14/2012 | 08/24/2012 13:34:32 |
| Miss Perfect | 10/01/2012 | 10/07/2012 | 10/13/2012 16:57:29 |
| Morning Memories | 09/10/2012 | 09/19/2012 | 09/15/2012 19:24:16 |
| Morning Tryst | 07/24/2012 | 07/25/2012 | 08/06/2012 14:56:37 |
| Perfect Together | 08/29/2012 | 09/19/2012 | 09/04/2012 22:33:26 |
| Pink Orgasm | 07/16/2012 | 07/18/2012 | 07/24/2012 18:24:49 |
| Private Time | 07/31/2012 | 08/21/2012 | 08/25/2012 18:33:22 |
| Pure Grace | 07/11/2012 | 07/12/2012 | 07/24/2012 18:12:49 |
| Russian Invasion | 09/26/2012 | 09/28/2012 | 10/13/2012 17:30:54 |
| Side by Side | 09/03/2012 | 09/19/2012 | 09/04/2012 22:45:25 |
| Starting Over | 08/27/2012 | 09/10/2012 | 09/04/2012 22:58:33 |
| Teenage Dream | 05/29/2012 | 06/01/2012 | 07/09/2012 19:26:10 |
| This Side of Paradise | 08/19/2012 | 08/21/2012 | 08/25/2012 21:41:24 |
| Three for the Show | 09/24/2012 | 09/28/2012 | 10/13/2012 17:14:34 |
| Threes Company | 08/17/2012 | 08/15/2012 | 08/24/2012 13:58:04 |
| Transcendence | 07/30/2012 | 07/31/2012 | 08/06/2012 11:05:11 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/04/2012 22:17:25 |
| Wet Dream | 07/20/2012 | 07/20/2012 | 07/24/2012 18:34:28 |
| WInfringemente Hot | 08/02/2012 | 08/05/2012 | 08/06/2012 12:35:03 |
| Wild at Heart | 04/08/2012 | 04/09/2012 | 07/06/2012 20:49:18 |

**Total Statutory Copyright Infringements for Doe #6: 31**

EXHIBIT B

CNJ37

## Doe #7

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/21/2012 15:24:00 |
| Still With Me | 11/02/2012 | 11/07/2012 | 11/04/2012 15:54:00 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/15/2012 21:32:46 |
| Yoga in the Sky | 06/27/2012 | 06/29/2012 | 09/28/2012 04:15:04 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 06/09/2012 19:46:43 |

**Total Statutory Copyright Infringements for Doe #7: 5**

## Doe #8

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Angel Afternoon Delight | 02/20/2012 | 02/21/2012 | 03/04/2012 21:46:04 |
| Anneli Dream Girl | 12/19/2011 | 01/04/2012 | 04/01/2012 19:51:19 |
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 10/03/2012 13:27:39 |
| Blonde Ambition | 03/05/2012 | 03/06/2012 | 04/12/2012 00:36:15 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/13/2012 03:50:24 |
| Introducing Diana | 05/11/2012 | 05/11/2012 | 05/14/2012 07:45:12 |
| LA Love | 03/22/2010 | 05/23/2012 | 05/23/2012 06:21:11 |
| Like The First Time | 02/29/2012 | 02/29/2012 | 03/04/2012 08:15:11 |
| Lunchtime Fantasy | 03/19/2012 | 03/19/2012 | 04/01/2012 19:51:00 |
| Paradise Found | 03/25/2012 | 03/26/2012 | 04/01/2012 19:51:09 |
| Perfect Girls | 03/28/2012 | 03/28/2012 | 04/01/2012 19:58:38 |
| Perfect Together | 08/29/2012 | 09/19/2012 | 08/31/2012 07:11:42 |
| Photo Fantasy | 09/28/2012 | 09/28/2012 | 10/03/2012 13:32:01 |
| Romantic Memories | 05/16/2012 | 05/16/2012 | 05/18/2012 23:32:37 |
| Silver Bullets | 05/13/2012 | 05/16/2012 | 05/19/2012 16:13:27 |
| Starting Over | 08/27/2012 | 09/10/2012 | 08/31/2012 06:46:25 |
| Wild at Heart | 04/08/2012 | 04/09/2012 | 04/12/2012 00:29:35 |

**Total Statutory Copyright Infringements for Doe #8: 17**

EXHIBIT B

CNJ37

Doe #9

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| A Day to Remember | 10/22/2012 | 10/26/2012 | 10/23/2012 11:02:06 |
| Angel Afternoon Delight | 02/20/2012 | 02/21/2012 | 04/06/2012 16:11:23 |
| Anneli Leila Menage A Trois | 01/13/2012 | 01/17/2012 | 01/18/2012 15:27:59 |
| Backstage | 07/17/2012 | 07/18/2012 | 07/20/2012 10:07:03 |
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 09/21/2012 21:21:18 |
| Blonde Ambition | 03/05/2012 | 03/06/2012 | 03/09/2012 20:59:03 |
| Breakfast in Bed | 04/16/2012 | 04/17/2012 | 04/18/2012 22:13:22 |
| California Dreams | 03/12/2012 | 03/12/2012 | 03/29/2012 16:03:30 |
| Carla Intimate | 02/24/2012 | 02/27/2012 | 04/06/2012 10:19:28 |
| Carmen An Afternoon to Remember | 02/13/2012 | 02/17/2012 | 04/06/2012 16:05:10 |
| Casual Sex | 10/31/2012 | 11/07/2012 | 11/02/2012 11:09:59 |
| Connie True Love | 02/08/2012 | 02/17/2012 | 04/06/2012 10:19:29 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/09/2012 04:38:24 |
| Evening at Home | 03/21/2012 | 03/22/2012 | 03/31/2012 01:39:52 |
| Evening at Home Part #2 | 04/04/2012 | 04/04/2012 | 04/20/2012 17:38:58 |
| Farewell | 08/03/2012 | 08/07/2012 | 08/17/2012 03:15:43 |
| First Love | 09/05/2012 | 09/25/2012 | 09/06/2012 16:00:53 |
| Flexible Beauty | 10/19/2012 | 10/26/2012 | 11/05/2012 01:04:44 |
| Foot Fetish | 06/20/2012 | 06/21/2012 | 06/21/2012 11:03:10 |
| Girls Night Out | 11/14/2011 | 11/23/2011 | 11/27/2011 23:33:49 |
| Heaven Sent | 04/30/2012 | 04/27/2012 | 04/30/2012 10:29:05 |
| Ibiza Love | 10/27/2012 | 10/28/2012 | 10/29/2012 16:05:43 |
| LA Love | 03/22/2010 | 05/23/2012 | 05/23/2012 07:18:47 |
| Leila Last Night | 02/01/2012 | 02/17/2012 | 11/06/2012 21:21:01 |
| Like The First Time | 02/29/2012 | 02/29/2012 | 04/06/2012 16:17:30 |
| Little Lover | 04/30/2012 | 05/02/2012 | 05/02/2012 09:15:12 |
| Lovers Quarrel | 11/14/2012 | 11/20/2012 | 11/12/2012 01:46:42 |
| MaryJane Young Love | 08/15/2011 | 11/23/2011 | 11/03/2012 09:28:00 |
| Morning Memories | 09/10/2012 | 09/19/2012 | 09/11/2012 14:06:59 |
| Morning Tryst | 07/24/2012 | 07/25/2012 | 07/26/2012 19:47:55 |
| One Night Stand | 05/02/2012 | 05/02/2012 | 05/05/2012 23:11:22 |
| Paradise Found | 03/25/2012 | 03/26/2012 | 03/30/2012 13:14:46 |
| Photo Fantasy | 09/28/2012 | 09/28/2012 | 11/03/2012 09:17:46 |
| Pure Grace | 07/11/2012 | 07/12/2012 | 07/16/2012 00:12:49 |
| Pure Passion | 06/03/2011 | 03/10/2012 | 09/07/2012 22:08:03 |
| Romantic Memories | 05/16/2012 | 05/16/2012 | 05/23/2012 01:17:23 |
| Silvie Centerfold | 01/23/2012 | 02/03/2012 | 03/05/2012 17:47:00 |
| Silvie Eufrat Strip Poker | 02/06/2012 | 02/17/2012 | 03/12/2012 04:21:20 |
| Slow Motion | 04/22/2012 | 04/23/2012 | 04/24/2012 18:41:06 |
| Stay With Me | 10/28/2011 | 03/10/2012 | 03/30/2012 13:10:36 |
| The Rich Girl Part #2 | 11/16/2011 | 11/30/2011 | 11/27/2011 23:19:48 |
| This Side of Paradise | 08/19/2012 | 08/21/2012 | 08/28/2012 16:09:05 |
| Transcendence | 07/30/2012 | 07/31/2012 | 08/03/2012 14:19:52 |

EXHIBIT B

CNJ37

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 08/27/2012 20:27:43 |
| Veronika Coming Home | 01/25/2012 | 02/03/2012 | 04/06/2012 16:16:44 |
| Wet Dream | 07/20/2012 | 07/20/2012 | 07/26/2012 19:48:49 |
| Wild at Heart | 04/08/2012 | 04/09/2012 | 04/10/2012 22:01:47 |
| Wild Things | 10/05/2012 | 10/07/2012 | 11/03/2012 09:26:44 |
| Yoga in the Sky | 06/27/2012 | 06/29/2012 | 06/28/2012 03:29:09 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 06/07/2012 10:24:58 |
| Young Passion | 10/17/2012 | 10/26/2012 | 10/18/2012 07:47:26 |

**Total Statutory Copyright Infringements for Doe #9: 51**

Doe #10

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Breakfast in Bed | 04/16/2012 | 04/17/2012 | 04/19/2012 20:54:02 |
| California Dreams | 03/12/2012 | 03/12/2012 | 03/24/2012 20:22:45 |
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 10/31/2012 03:45:12 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/11/2012 17:44:40 |
| Evening at Home Part #2 | 04/04/2012 | 04/04/2012 | 04/04/2012 20:45:38 |
| Little Lover | 04/30/2012 | 05/02/2012 | 05/01/2012 21:02:41 |
| Lunchtime Fantasy | 03/19/2012 | 03/19/2012 | 03/24/2012 20:18:36 |
| Slow Motion | 04/22/2012 | 04/23/2012 | 04/23/2012 20:08:20 |
| Sneak N Peek | 06/01/2012 | 06/01/2012 | 06/02/2012 22:40:28 |
| Wild at Heart | 04/08/2012 | 04/09/2012 | 04/11/2012 01:33:12 |

**Total Statutory Copyright Infringements for Doe #10: 10**

Doe #11

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Dangerous Game | 10/10/2012 | 10/14/2012 | 11/09/2012 05:45:12 |
| Grace Angelic | 07/09/2012 | 07/11/2012 | 08/16/2012 00:49:55 |
| Like The First Time | 02/29/2012 | 02/29/2012 | 10/18/2012 00:22:07 |
| Little Lover | 04/30/2012 | 05/02/2012 | 08/30/2012 03:44:18 |
| MaryJane Young Love | 08/15/2011 | 11/23/2011 | 11/09/2012 05:33:57 |
| Tiffany Sex With A Supermodel | 02/23/2011 | 11/21/2011 | 10/17/2012 03:34:32 |
| Transcendence | 07/30/2012 | 07/31/2012 | 09/11/2012 18:54:18 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/11/2012 04:25:33 |
| Yoga in the Sky | 06/27/2012 | 06/29/2012 | 11/09/2012 05:31:11 |

**Total Statutory Copyright Infringements for Doe #11: 9**

EXHIBIT B

CNJ37

Doe #12

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Backstage | 07/17/2012 | 07/18/2012 | 08/13/2012 12:29:49 |
| Close to the Edge | 08/06/2012 | 08/07/2012 | 08/07/2012 13:15:24 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 11/06/2012 19:36:37 |
| Dream Come True | 07/13/2012 | 07/20/2012 | 07/16/2012 18:45:59 |
| Foot Fetish | 06/20/2012 | 06/21/2012 | 06/24/2012 12:37:34 |
| Ibiza Love | 10/27/2012 | 10/28/2012 | 11/06/2012 19:43:28 |
| On My Own | 06/04/2012 | 06/08/2012 | 06/17/2012 13:24:02 |
| Russian Invasion | 09/26/2012 | 09/28/2012 | 09/29/2012 15:36:52 |
| Sapphic Experience | 06/11/2012 | 06/14/2012 | 06/16/2012 17:53:15 |
| Sneak N Peek | 06/01/2012 | 06/01/2012 | 07/14/2012 14:24:57 |
| Still With Me | 11/02/2012 | 11/07/2012 | 11/06/2012 19:36:13 |
| Threes Company | 08/17/2012 | 08/15/2012 | 08/30/2012 13:41:10 |
| Veronica Wet Orgasm | 10/05/2011 | 11/23/2011 | 06/17/2012 13:08:18 |
| Wet Dream | 07/20/2012 | 07/20/2012 | 08/07/2012 12:35:08 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 06/17/2012 13:54:34 |

**Total Statutory Copyright Infringements for Doe #12: 15**

Doe #13

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 09/21/2012 04:25:41 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/15/2012 06:07:52 |
| First Love | 09/05/2012 | 09/25/2012 | 09/19/2012 03:01:45 |
| Flexible Beauty | 10/19/2012 | 10/26/2012 | 10/26/2012 04:06:55 |
| Red Hot | 10/12/2012 | 10/14/2012 | 10/15/2012 12:32:01 |
| Young Passion | 10/17/2012 | 10/26/2012 | 10/25/2012 02:50:23 |

**Total Statutory Copyright Infringements for Doe #13: 6**

EXHIBIT B

CNJ37

Doe #14

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Anneli Dream Girl | 12/19/2011 | 01/04/2012 | 08/03/2012 14:48:15 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/29/2012 07:26:21 |
| MaryJane Young Love | 08/15/2011 | 11/23/2011 | 10/25/2012 04:54:52 |
| Positively In Love | 07/04/2012 | 07/11/2012 | 08/02/2012 14:20:02 |
| Wild at Heart | 04/08/2012 | 04/09/2012 | 10/25/2012 04:54:21 |
| Yoga in the Sky | 06/27/2012 | 06/29/2012 | 08/02/2012 14:00:21 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 10/25/2012 04:29:42 |
| Young Passion | 10/17/2012 | 10/26/2012 | 10/25/2012 05:15:25 |

**Total Statutory Copyright Infringements for Doe #14: 8**

Doe #15

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| A Day to Remember | 10/22/2012 | 10/26/2012 | 10/28/2012 13:30:58 |
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 09/22/2012 00:55:31 |
| Casual Sex | 10/31/2012 | 11/07/2012 | 11/02/2012 02:33:47 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/10/2012 23:31:01 |
| First Love | 09/05/2012 | 09/25/2012 | 09/09/2012 11:41:54 |
| Ibiza Love | 10/27/2012 | 10/28/2012 | 11/02/2012 02:36:43 |
| Lovers Quarrel | 11/14/2012 | 11/20/2012 | 11/12/2012 10:12:09 |
| Morning Memories | 09/10/2012 | 09/19/2012 | 09/14/2012 17:22:27 |
| Photo Fantasy | 09/28/2012 | 09/28/2012 | 09/29/2012 18:40:40 |
| Poolside Passion | 10/25/2012 | 10/26/2012 | 10/28/2012 13:33:11 |
| Side by Side | 09/03/2012 | 09/19/2012 | 09/03/2012 03:20:35 |
| Soul Mates | 11/07/2012 | 11/15/2012 | 11/07/2012 22:03:17 |
| Starting Over | 08/27/2012 | 09/10/2012 | 09/01/2012 16:15:44 |
| Still With Me | 11/02/2012 | 11/07/2012 | 11/05/2012 21:06:15 |
| Three for the Show | 09/24/2012 | 09/28/2012 | 09/28/2012 07:36:01 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/01/2012 16:21:36 |
| Young Passion | 10/17/2012 | 10/26/2012 | 10/18/2012 00:23:29 |

**Total Statutory Copyright Infringements for Doe #15: 17**

EXHIBIT B

CNJ37

Doe #16

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Anneli Dream Girl | 12/19/2011 | 01/04/2012 | 01/10/2012 06:19:35 |
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 11/01/2012 08:25:58 |
| Blonde Ambition | 03/05/2012 | 03/06/2012 | 05/08/2012 02:26:08 |
| Breakfast in Bed | 04/16/2012 | 04/17/2012 | 04/22/2012 04:23:20 |
| California Dreams | 03/12/2012 | 03/12/2012 | 05/08/2012 02:21:05 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/31/2012 04:25:04 |
| Evening at Home Part #2 | 04/04/2012 | 04/04/2012 | 05/07/2012 01:01:21 |
| Happy Couple | 06/25/2012 | 06/25/2012 | 07/14/2012 13:58:24 |
| Introducing Kaylee | 04/01/2012 | 04/03/2012 | 05/08/2012 02:24:00 |
| Lovely Lovers | 04/18/2012 | 04/18/2012 | 04/22/2012 04:04:03 |
| Lunchtime Fantasy | 03/19/2012 | 03/19/2012 | 03/24/2012 03:37:45 |
| Morning Memories | 09/10/2012 | 09/19/2012 | 11/01/2012 15:15:57 |
| One Night Stand | 05/02/2012 | 05/02/2012 | 05/08/2012 02:23:33 |
| Positively In Love | 07/04/2012 | 07/11/2012 | 07/14/2012 14:01:27 |
| Pure Grace | 07/11/2012 | 07/12/2012 | 07/14/2012 13:55:46 |
| Red Hot | 10/12/2012 | 10/14/2012 | 10/25/2012 12:33:09 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 11/01/2012 08:35:18 |
| Veronika Coming Home | 01/25/2012 | 02/03/2012 | 05/07/2012 01:00:01 |
| Wild at Heart | 04/08/2012 | 04/09/2012 | 05/07/2012 01:01:20 |
| Yoga in the Sky | 06/27/2012 | 06/29/2012 | 07/14/2012 14:00:32 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 10/31/2012 04:37:40 |
| Young Passion | 10/17/2012 | 10/26/2012 | 10/25/2012 12:36:10 |

**Total Statutory Copyright Infringements for Doe #16: 22**

EXHIBIT B

CNJ37

Doe #17

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Coucher Avec une Autre Fille | 08/13/2012 | 08/14/2012 | 08/20/2012 21:35:56 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/18/2012 20:16:27 |
| Farewell | 08/03/2012 | 08/07/2012 | 08/21/2012 17:07:19 |
| First Love | 09/05/2012 | 09/25/2012 | 09/27/2012 16:35:35 |
| Introducing Diana | 05/11/2012 | 05/11/2012 | 05/17/2012 15:12:25 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 10/17/2012 20:23:54 |
| Leila Last Night | 02/01/2012 | 02/17/2012 | 02/27/2012 06:34:10 |
| Lunchtime Fantasy | 03/19/2012 | 03/19/2012 | 03/28/2012 08:05:22 |
| Pretty Back Door Baby | 05/08/2012 | 05/10/2012 | 05/17/2012 16:06:17 |
| Red Hot | 10/12/2012 | 10/14/2012 | 10/22/2012 01:05:51 |
| Romantic Memories | 05/16/2012 | 05/16/2012 | 05/17/2012 16:06:00 |
| Side by Side | 09/03/2012 | 09/19/2012 | 09/17/2012 14:57:07 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 09/12/2012 00:45:03 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 06/18/2012 01:32:44 |
| Young Passion | 10/17/2012 | 10/26/2012 | 10/25/2012 13:55:00 |

**Total Statutory Copyright Infringements for Doe #17: 15**

Doe #18

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Casual Affair | 08/01/2012 | 08/05/2012 | 07/31/2012 01:28:18 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/14/2012 17:08:06 |
| Happy Couple | 06/25/2012 | 06/25/2012 | 11/07/2012 00:27:16 |
| Morning Tryst | 07/24/2012 | 07/25/2012 | 07/31/2012 00:09:09 |
| Perfect Together | 08/29/2012 | 09/19/2012 | 09/01/2012 12:17:28 |
| Photo Fantasy | 09/28/2012 | 09/28/2012 | 09/30/2012 14:00:35 |
| Pure Grace | 07/11/2012 | 07/12/2012 | 07/15/2012 18:56:10 |
| Side by Side | 09/03/2012 | 09/19/2012 | 09/01/2012 12:16:08 |
| Starting Over | 08/27/2012 | 09/10/2012 | 09/01/2012 11:29:06 |
| Still With Me | 11/02/2012 | 11/07/2012 | 11/07/2012 00:05:14 |
| Threes Company | 08/17/2012 | 08/15/2012 | 08/22/2012 22:36:15 |
| Transcendence | 07/30/2012 | 07/31/2012 | 07/31/2012 02:13:12 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 08/24/2012 23:53:19 |
| Yoga in the Sky | 06/27/2012 | 06/29/2012 | 07/15/2012 18:45:12 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 06/08/2012 00:03:01 |

**Total Statutory Copyright Infringements for Doe #18: 15**

EXHIBIT B

CNJ37