# Copyright
United States Copyright Office

The Library of Congress catalogs will not be available this weekend due to scheduled hardware maintenance. The catalogs will be down between 7:00P.M. on Friday, Nov. 9 and 6:00A.M. on Tuesday, Nov. 13. We regret any inconvenience to our users.

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 35 of 155 entries



Labeled View

*Dangerous Game.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001810505 / 2012-10-14
**Application Title:** Dangerous Game.
**Title:** Dangerous Game.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.
**Date of Creation:** 2012
**Date of Publication:** 2012-10-10
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record   Format for Print/Save |
| Enter your email address:   Email |

Help  Search  History  Titles  S

# EXHIBIT D