**LESLIE A. FARBER**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Attorneys for Defendant, John Doe 4

| | |
|---|---|
| MALIBU MEDIA, LLC, | Hon. Kevin McNulty, U.S.D.J. |
| Plaintiff, | Case No. 2:12-cv-07789 (KM) (MCA) |
| vs. | CIVIL ACTION |
| JOHN DOES 1-18, | **CERTIFICATION OF JOHN DOE 4 (IP address 68.39.197.213)** |
| Defendants. | |

1. I, John Doe 4, am at least 18 years old, have personal knowledge of the facts stated herein, and submit this Certification in support of this defendant's Motion to Quash plaintiff's Subpoena to Comcast Corporation ("Comcast") returnable April 15, 2013, and to sever defendant from and dismiss the Complaint against me.

2. I have been identified by plaintiff as allegedly being assigned IP address 68.39.197.213 by Comcast on October 14, 2012, at 7:26 p.m.

3. I had what I believe was an unsecured internet wireless router on the premises until January 2013, but have since added password protection to the Wi-Fi transmission from that router.

4. I have never used or installed any BitTorrent or other file-sharing software on my computer, and never have downloaded any movie using my computer.

I hereby certify that the above statements made by me are true. I am aware that if any of the above statements made by me is willfully false, I am subject to punishment.

Dated: March 26, 2013

*/s/ John Doe 4*
John Doe 4 (IP address 68.39.197.213)