UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Attorneys for Defendant, John Doe 4

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Hon. Kevin McNulty, U.S.D.J. |
| *Plaintiff,* | Case No. 2:12-cv-07789 (KM) (MCA) |
| vs. | CIVIL ACTION |
| **JOHN DOES 1-18**, | ORDER |
| *Defendants.* | |

**THIS MATTER**, having been brought before the Court on the application of Leslie A. Farber LLC, attorney for John Doe 4, for an Order Quashing plaintiff's subpoena to Comcast Cable Holdings, LLC ("Comcast"), and Severing and Dismissing the Complaint against John Doe 4 (identified by plaintiff as IP address 68.39.197.213), and the Court having considered the moving and opposing papers and any arguments of counsel, and good cause having been shown;

**IT IS** on this       day of            , 2013,

**ORDERED** that the undated Subpoena dated _____, 2013, issued by plaintiff to Comcast Corporation for the name, address, and telephone number of John Doe 4 (identified by plaintiff as IP address 68.39.197.213) is hereby Quashed;  and

**IT IS FURTHER ORDERED THAT** John Doe 4 is hereby severed and dismissed from this case without prejudice;  and

2

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel of record and Comcast Corporation with seven (7) days of the date of this Order.

_____