**LESLIE A. FARBER**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Attorneys for Defendant, John Doe 4

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Hon. Kevin McNulty, U.S.D.J. |
| Plaintiff, | Case No. 2:12-cv-07789 (KM) (MCA) |
| vs. | CIVIL ACTION |
| **JOHN DOES 1-18**, | **CERTIFICATION OF SERVICE** |
| Defendants. | |

1. I, Leslie A. Farber, Esq., counsel for defendant, John Doe 4, hereby certify that on April 3, 2013, I electronically filed this defendant's Notice of Motion to Sever and Dismiss defendant, Pursuant to Rule 21, and Quash Plaintiff's Rule 45 Subpoena, along with defendant's Brief, Certification, Exhibits, and proposed form or Order, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Patrick J. Cerillo, Esq.
> 4 Walter Foran Boulevard, Suite 402
> Flemington, NJ 08822
> eMail: pjcerillolaw@comcast.net
> Attorney for Plaintiff

2. On April 3, 2013, I also sent a courtesy copy of all moving papers to the Hon. Kevin McNulty, U.S.D.J., United States District Court, Martin Luther King, Jr., Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, via regular mail.

3. On April 3, 2013, I also sent a copy of all moving papers via Federal Express, Second Day Delivery, to the following:

1

        Comcast Corporation
        Legal Demands Center
        650 Centerton Road
        Moorestown, NJ 08057

and by facsimile to Comcast Corporation, Legal Demands Center, at (856) 317-7319.

    I hereby certify that the above statements made by me are true. I am aware that if any of the above statements made by me is willfully false, I am subject to punishment.

                                        s/ Leslie A. Farber
Dated: April 3, 2013                         Leslie A. Farber (LF:7810)