**LESLIE A. FARBER**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Attorneys for Defendant, John Doe 9

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Hon. Kevin McNulty, U.S.D.J. |
| *Plaintiff,* | Case No. 2:12-cv-07789 (KM) (MCA) |
| vs. | <u>CIVIL ACTION</u> |
| **JOHN DOES 1-18**, | **CERTIFICATION OF LESLIE A. FARBER** |
| *Defendants.* | |

1.  I, Leslie A. Farber, Esq., counsel for John Doe 4, identified by plaintiff has having IP address 69.248.146.244, submit this Certification in support of this defendant's Motion to Quash plaintiff's Subpoena returnable April 15, 2013, to Comcast Cable Holdings, LLC ("Comcast"), and to sever defendant from and dismiss the Complaint against her, him or it.

2.  Attached hereto as "Exhibit A" is a true copy of plaintiff's Subpoena returnable April 15, 2013, accompanying Order dated February 15, 2013, and Comcast cover letter (defendant's actual name and address redacted) dated March 6, 2013.

3.  I have reviewed the unredacted version of <u>Exhibit A</u> and confirm that John Doe 9's true identity appears on page 1 of the Comcast letter.

I hereby certify that the above statements made by me are true. I am aware that if any of the above statements made by me is willfully false, I am subject to punishment.

Dated: April 7, 2013

s/ Leslie A. Farber
Leslie A. Farber