Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Peter C. Dee
Mavronicolas Mueller & Dee LLP
950 Third Avenue, 10th Floor
New York, NY 10022
pdee@mavrolaw.com
Telephone: (646) 770-1256
Fax: (866) 774-9005

Attorney for Putative John Doe in 2:12-cv-07789

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-18,<br><br>Defendants. | Case No. 2:12-cv-07789-KM-MCA<br><br>Case Assigned to:<br>District Judge Kevin McNulty<br><br>Discovery Referred to:<br>Magistrate Judge Madeline C. Arleo<br><br>**CERTIFICATION IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

## CERTIFICATION OF PETER DEE

**Peter C. Dee,** an adult over the age of 18, hereby certifies as follows:

1. I am an attorney duly admitted and currently in good standing to practice law in the States of New York and New Jersey. I am a member in good standing of both bars, and I am not under suspension or disbarment by these courts or by any other jurisdiction. I am also a member of the bar of the District Court for the District of New Jersey, and the Eastern and Southern Districts of New York.

2. My office is located at 950 Third Avenue, 10th Floor, New York, New York, 10022.

3. I submit this Certification in support of the application by the Putative John Doe defendant in the above-noted action for the admission, *pro hac vice* of Morgan E. Pietz, Attorney at Law, (3770 Highland Avenue, Suite 206, Manhattan Beach, CA 90266) to appear in this action as co-counsel for the subscriber.

4. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with Mavronicolas, Mueller, & Dee, LLP. Further, I agree to promptly notify Mr. Pietz of the receipt of any notices, orders, pleadings, or other information related to this matter.

5. Pursuant to Local Civil Rule 101.1, I understand that I shall be held responsible for the conduct of the case and shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice*. I shall ensure that Mr. Pietz complies with L. Civ. R. 101.1(c).

6. I likewise understand that I shall be present before the Court during all phases of this proceeding, unless expressly excused by this court;

8.     On behalf of the Putative John Doe Defendant in this action, I respectfully request that the Court grant the application to have Morgan E. Pietz, Attorney at Law, admitted *pro hac vice* to appear and participate in the instant matter pursuant to Local Civil Rule 101.1.

I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

EXECUTED this 10th day of April 2013.

                                        Mavronicolas, Mueller, & Dee, LLP

                                        */s/ Peter C. Dee*

                                        Peter C. Dee
                                        950 Third Avenue, 10th Floor
                                        New York, New York 10022
                                        (T) 646.770.0024
                                        (F) 866.774.9005
                                        pdee@mavrolaw.com