Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Peter C. Dee
Mavronicolas Mueller & Dee LLP
950 Third Avenue, 10th Floor
New York, NY 10022
pdee@mavrolaw.com
Telephone: (646) 770-1256
Fax: (866) 774-9005

Attorney for Putative John Doe in 2:12-cv-07789

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOES 1-18,<br><br>　　　　Defendants. | Case No. 2:12-cv-07789-KM-MCA<br><br>Case Assigned to:<br>District Judge Kevin McNulty<br><br>Discovery Referred to:<br>Magistrate Judge Madeline C. Arleo<br><br>**CERTIFICATION IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

- 1 -

## CERTIFICATION OF MORGAN E. PIETZ

**Morgan E. Pietz,** an adult over the age of 18, hereby certifies as follows:

1. I am an attorney duly admitted and currently in good standing to practice law in the State of California. My office is located at 3770 Highland Avenue, Suite 206, Manhattan Beach, CA 90266. I can be reached via telephone at (310) 424-5557 and via email to mpietz@pietzlawfirm.com.

2. I am also admitted before the United States District Courts for the Northern, Southern, Eastern, and Central Districts of California.

3. I submit this Certification in support of the application by a Putative John Doe Defendant to permit me to appear and participate *pro hac vice* as counsel in the above-captioned matter.

4. I have dealt with a number of mass "John Doe" BitTorrent cases and am familiar with the facts and circumstances of the instant matter.

5. I am associated in this matter with local counsel Peter C. Dee, a partner at Mavronicolas, Mueller, & Dee, LLP, who is authorized to practice law in New Jersey and is a member in good standing of the bar of this court.

6. Upon being admitted to appear and participate in this matter *pro hac vice* I shall promptly make payment to the Clerk of the United States District Court for the District of New Jersey, if such payment has not already been made.

7. Upon being admitted to appear and participate in this matter *pro hac vice* I shall also promptly make payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28.

8. I understand that upon admission *pro hac vice* I am subject to the orders and amenable to disciplinary action of this court and the New Jersey State Bar in all respects as though I were regularly admitted to the state bar and in good standing. I agree to notify the Court of the institution of any disciplinary proceedings against me or any other matter affecting my standing at the bar of any other court.

9. In view of the foregoing, it is respectfully requested that the court grant the instant application to have me admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 101.1 (c) and agree that I will abide by the rule.

I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge.

EXECUTED this 10th day of April 2013.

The Pietz Law Firm

_____
Morgan E. Pietz
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266
(T) (310) 424-5557
(F) (310) 546-5301
mpietz@pietzlawfirm.com