Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

Peter C. Dee
Mavronicolas Mueller & Dee LLP
950 Third Avenue, 10th Floor
New York, NY 10022
pdee@mavrolaw.com
Telephone: (646) 770-1256
Fax: (866) 774-9005

Attorney for Putative John Doe in 2:12-cv-07789

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-18,<br><br>         Defendants. | Case No. 2:12-cv-07789-KM-MCA<br><br>Case Assigned to:<br>District Judge Kevin McNulty<br><br>Discovery Referred to:<br>Magistrate Judge Madeline C. Arleo<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE** |

- 1 -

THIS MATTER having been brought before the Court by Peter C. Dee, local counsel for the Putative John Doe Defendant in this action, for an order allowing Morgan E. Pietz, Attorney at Law, to appear and participate *pro hac vice;* and the Court having considered the moving papers; and for good cause shown pursuant to Local Rule 101 1(c);

THIS ____ DAY OF _____, 2013, It is hereby

    **ORDERED** that Morgan E. Pietz, Attorney at Law, a member of the Bar of the Supreme Courts for the States of New York and California, as well as a member of the Bar for the District Courts of Northern, Southern, Eastern, & Central California, shall be permitted to appear *pro hac vice* in the above captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101 1(c), provided, however, that all pleadings, briefs, and other papers filed with the court shall be signed by Peter C. Dee, a member of the New Jersey Bar in good standing.  Mr. Dee shall be held responsible for said papers and the conduct of this case, and shall be present before the Court during all phases of this proceeding, unless expressly excused by this court; and it is further

    **ORDERED** that, pursuant to L. Civ. R. 101 1(c)(2), Morgan E. Pietz shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within 45 days from the date of entry of this order; and it is further

    **ORDERED** that, pursuant to Local Civ. R. 101.1(c)(3), Morgan E. Pietz shall make payment of $150.00, payable to the Clerk of United States District court, within 30 days of entry of this order, if such amount has not previously been paid; and it is further

    **ORDERED** that Morgan E. Pietz shall be bound by the General Rules of the United States District Court for the District of New Jersey, including those rules on Judicial Ethics and Attorney Discipline.

- 3 -

IT IS SO ORDERED.

                                                                     _____
Magistrate Judge Madeline C. Arleo