

**Mavronicolas Mueller & Dee LLP**
*Attorneys at Law*

April 17, 2013

**BY ECF AND FIRST CLASS MAIL**
Hon. Kevin McNulty
United States District Judge
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ  07101

Re:   *Malibu Media, LLC v. John Does 1 - 18*,
        Docket No. 12 Civ. 7789 (KM) (MCA)

Dear Judge McNulty:

We are local counsel for defendant John Doe in the above-referenced matter and write to attach and file a Proposed Order related to the Motion to Sever and Quash, filed by the undersigned on April 11, 2013.  This Proposed Order was inadvertently omitted from filing simultaneously with the the moving papers.

Respectfully,

/s/ Peter C. Dee
Peter C. Dee

cc:   **BY EMAIL**
        Morgan E. Pietz
        mpietz@pietzlawfirm.com
        THE PIETZ LAW FIRM
        3770 Highland Ave., Ste. 206
        Manhattan Beach, CA  90266
        *Co-counsel for Defendant John Doe*
        *Pro Hac Vice Application Pending*