Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-18,<br><br>Defendants. | Civil Case No. 2:12-cv-07789-KM-MCA |

**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATESERVICE ON JOHN DOE DEFENDANTS**

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have up to thirty (30) days after this Court enters a ruling on the pending motion

1

[Dkt. 9, 10, 12, and 13] to effectuate service of a summons and Complaint upon the Defendants.

      SO ORDERED this ___ day of _____, 2013.

              By: _____
                    **UNITED STATES DISTRICT JUDGE**