**LESLIE A. FARBER**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Attorneys for Defendant, John Doe 9

| | |
|---|---|
| **MALIBU MEDIA, LLC,** | Hon. Kevin McNulty, U.S.D.J. |
| *Plaintiff,* | Case No. 2:12-cv-07789 (KM) (MCA) |
| vs. | CIVIL ACTION |
| **JOHN DOES 1-18**, | **CERTIFICATION OF SERVICE** |
| *Defendants.* | |

    1.    I, Leslie A. Farber, Esq., counsel for defendant, John Doe 9, hereby certify that on April 29, 2013, I electronically filed this defendant's Reply Brief in Support of Motion to Sever and Dismiss defendant, Pursuant to Rule 21, and Quash Plaintiff's Rule 45 Subpoena, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Patrick J. Cerillo, Esq.
4 Walter Foran Boulevard, Suite 402
Flemington, NJ 08822
eMail: pjcerillolaw@comcast.net
Attorney for Plaintiff

Peter C. Dee, Esq.
Mavronicolas Mueller & Dee LLP
950 Third Avenue, 10th Floor
New York, NY 10022
eMail: pdee@mavrolaw.com
Attorney for Putative John Doe

    2.    On April 29, 2013, I also sent a courtesy copy of defendant's Reply Brief to the Hon. Kevin McNulty, U.S.D.J., United States District Court, U.S. Post Office & Courthouse, Room 417, P.O. Box 999, Newark, NJ 07101-0999, via regular mail.

    3.    On April 29, 2013, I also sent a copy of the Reply Brief cited above via regular mail to the following:

1

>Comcast Corporation
>Legal Demands Center
>650 Centerton Road
>Moorestown, NJ 08057

and by facsimile to Comcast Corporation, Legal Demands Center, at (856) 317-7319.

>I hereby certify that the above statements made by me are true.  I am aware that if any of the above statements made by me is willfully false, I am subject to punishment.

|  |  |
|---|---|
| | s/ Leslie A. Farber |
| Dated: April 29, 2013 | Leslie A. Farber (LF:7810) |