Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-18,<br>Defendants. | Civil Action No. 2:12-cv-07789-KM-MCA |

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE 3 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 3 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 3 was assigned the IP Address 68.37.194.11. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 3 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: May 8, 2013

Respectfully submitted,

By: __/s/ *Patrick J. Cerillo*__

1

Patrick J. Cerillo, Esquire
pjcerillolaw@comcast.net
Attorney At Law
4 Walter Foran Boulevard, Suite 402
Flemington, NJ 08822
Phone:  908-284-0997
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Patrick J. Cerillo*_____
Patrick J. Cerillo, Esq.