Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOES 1-18,<br><br>                Defendants. | Civil Case No. 2:12-cv-07789-KM-MCA |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 1, 2, 5, 6, 7, 8, 10, 11, 12, 13, 15, 16, 17, AND 18 ONLY**

PLEASE TAKE NOTICE, Plaintiff hereby voluntarily dismisses Defendants, John Does 1, 2, 5, 6, 7, 8, 10, 11, 12, 13, 15, 16, 17, and 18 ("Defendants"), from this action without prejudice.  Defendants were assigned the IP Addresses 24.0.103.102, 24.0.183.128, 68.39.43.69, 68.39.75.170, 68.44.34.83, 68.45.153.154, 69.248.210.37, 69.248.4.114, 71.226.230.48, 76.116.228.4,

76.117.40.16, 76.98.223.195, 98.221.124.34, and 98.221.127.230. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendants have neither answered Plaintiff's Amended Complaint nor filed a motion for summary judgment.

DATED this 5th day of September, 2013

Respectfully submitted,

By: /s/*Patrick Cerillo*

### CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Patrick Cerillo*