

3770 Highland Avenue, Suite #206
Manhattan Beach, California 90266-3279
Telephone: (310) 424-5557
Facsimile: (310) 414-9334
www.pietzlawfirm.com

September 26, 2013

*VIA ECF*

Magistrate Judge Madeline C. Arleo (Ctrm. MLK 2A)
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re:**      <u>Malibu Media, LLC v. John Does 1-18</u>
            **2:12-cv-07789-KM-MCA**

Dear Judge Arleo:

In light of terminations on the docket, our motion at docket no. 13 in the referenced matter is moot, and we respectfully request that the court consider it withdrawn.

Respectfully,

*/s/ Morgan E. Pietz*

Morgan E. Pietz
THE PIETZ LAW FIRM

ccs:  Counsel of record, by electronic mail per CM/ECF addresses