UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>                    *Plaintiff*<br><br>v.<br><br>JOHN DOES 1-18,<br>                    *Defendants.* | Civil Action No. 12-07789 (KM)(MCA)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motions of Defendants John Doe 4 and 9 to sever and dismiss and to quash, and the motion of John Doe 14 to quash or vacate

**IT IS** on this 17th day of January 2014,

**ORDERED** that Plaintiff's claims against the John Doe Defendants 4 and 9 are severed and dismissed without prejudice from this action;

**ORDERED** that the subpoenas served by Plaintiff on Internet Service Provider, Comcast Cable Holdings, LLC with respect to all John Doe Defendants, <u>except for Defendant John Doe 14</u>, are quashed without prejudice.

_____
MADELINE COX ARLEO
United States Magistrate Judge

16