Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOES 1-18,<br><br>        Defendants. | Civil Case No. 2:12-cv-07789-KM-MCA |

### ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATESERVICE ON JOHN DOE DEFENDANTS

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendants With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. ~~Plaintiff shall~~ By or before March 3, 2014. Plaintiff shall ~~have up to thirty (30) days after this Court enters a ruling on the pending motion~~

1

~~[Dkt. 9, 10, 12, and 13] to~~ effectuate service of a summons and Complaint upon the Defendants.

SO ORDERED this 10 day of Feb 2014 ~~2013~~

By: _____/s/_____
UNITED STATES ~~DISTRICT~~ JUDGE
Mag