Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

                Plaintiff,

v.

JOHN DOES 1-18,

                Defendants.

Civil Case No. 2:12-cv-07789-KM-MCA

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE 14

PLEASE TAKE NOTICE, Plaintiff hereby voluntarily dismisses Defendants, John Doe 14 ("Defendant"), from this action without prejudice. Defendant was assigned the IP Address 76.117.150.59.   Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendants have neither answered Plaintiff's Amended Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having the case closed

for administrative purposed.

DATED this 30th day of May, 2014

Respectfully submitted,

By: /s/Patrick Cerillo

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/Patrick Cerillo